# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD MCNEILL, JR. and<br>RITA MCNEILL, h/w<br>*Plaintiffs,* | : | |
| v. | : | CIVIL ACTION<br>NO. 19-0843 |
| WAL-MART and WAL-MART<br>STORES, INC.<br>*Defendants.* | : | |

## ORDER

AND NOW, this 19th day of March 2020, upon consideration of Defendants' uncontested Motion for Summary Judgment (ECF No. 20), it is hereby ORDERED as follows:

(1) Defendants' Motion (ECF No. 20) is GRANTED in accordance with this Court's accompanying Memorandum;

(2) Judgment shall be entered IN FAVOR OF DEFENDANTS WAL-MART and WAL-MART STORES, INC. and AGAINST PLAINTIFF GERALD MCNEILL, JR. and RITA MCNEILL; and,

(3) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II    J.